# UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| **ABC IP, LLC, a Delaware limited liability company;**<br>**RARE BREED TRIGGERS, INC., a Texas corporation**<br><br>*Plaintiff*<br><br>v.<br><br>**Inoculum-Group LLC, an Idaho limited liability**<br>**company; Ryan K. Jacobson, an individual**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-cv-00335-AKB<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jessica DeLeon-Salinas, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Inoculum-Group LLC in Ada County, ID on June 28, 2026 at 2:32 pm at 2755 W Gainsboro Dr, Kuna, ID 83634-5094 by leaving the following documents with Ryan Jacobson, who as Owner, is authorized by appointment or by law to receive service of process for Inoculum-Group LLC.

COMPLAINT FOR PATENT INFRINGEMENT (Inoculum-Group)
SUMMONS IN A CIVIL ACTION (Inoculum-Group)
CIVIL COVER SHEET
RARE BREED TRIGGERS, INC.'S CORPORATE DISCLOSURE STATEMENT
ABC IP, LLC'S CORPORATE DISCLOSURE STATEMENT
SUMMONS IN A CIVIL ACTION (Ryan K. Jacobson)
REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK
COMPLAINT FOR PATENT INFRINGEMENT (Ryan K. Jacobson)

Race: White, Sex: Male, Est. Age: 35-44, Hair: Gray, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 6' 3" to 6' 6".
Geolocation of Serve: https://google.com/maps?q=43.5097664071,-116.4470860794

Total Cost: $309.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

   Canyon County                        ,

   ID      on    6/29/2026           .

/s/ *Jessica DeLeon-Salinas*
_____
Signature
Jessica DeLeon-Salinas
+1 (208) 794-2112



Exhibit 1a)